A-FILE

DEPARTMENT OF HOMELAND SECURITY

# NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

In the Matter of: File No: A[redacted]

Respondent: CARLOS HUINTER VARGAS-ARAUJO currently residing at:

Otero County Processing Center, 26 McGregor Range Road, Chaparral, NM 88081
(Number, street, city, state and ZIP code) (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1) You are not a citizen or national of the United States;
2) You are a native of **NICARAGUA** and citizen of **NICARAGUA**;
3) You entered the United States at an unknown location on or about **08/09/2022**;
4) You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document;
5) You were not then admitted or paroled after inspection by an immigration officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

Section 212(a)(6)(A)(i) of the Act, as amended, as an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other than as designated by the Attorney General.

☒ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☒ Section 235(b)(1) order was vacated pursuant to: ☒ 8CFR 208.30 ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

Otero Immigration Court, 26 McGregor Range Road, Door #1 , Chaparral, NM 88081
*(Complete Address of Immigration Court, including Room Number, if any)*

on 09/12/2022 *(Date)* at 08:30am *(Time)* to show why you should not be removed from the United States based on the charge(s) set forth above.

Flora Madriz Supervisory Asylum Pre Screening Officer
*(Signature and Title of Issuing Officer)*

Date: 09/04/2022

Houston, TX
*(City and State)*