DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF CUSTODY DETERMINATION

Alien's Name: CARLOS HUINTER VARGAS-ARAUJO

A-File Number: [redacted]

Date: 11/21/2022

Event ID: [redacted]

Subject ID: [redacted]

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☐ Detained by the Department of Homeland Security.

☒ Released (check all that apply):

- ☐ Under bond in the amount of $ ________
- ☐ On your own recognizance.
- ☒ Under other conditions. [Additional document(s) will be provided.] $5,000.00 Bond

O 6232 CORONA [signature]
Name and Signature of Authorized Officer

11/21/2022 16:35
Date and Time of Custody Determination

(A) SDDO
Title

Otero County Processing Center - DRO
26 McGregor Range Rd
Chaparral NM 88081
Office Location/Address

You may request a review of this custody determination by an immigration judge.

☒ I acknowledge receipt of this notification, and

- ☐ I do request an immigration judge review of this custody determination.
- ☐ I do not request an immigration judge review of this custody determination.

[signature]
Signature of Alien

11/21/2022
Date

The contents of this notice were read to CARLOS HUINTER VARGAS-ARAUJO (Name of Alien) in the PORTUGUESE (Name of Language) language.

FERNANDO REYES [signature]
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Deportation Officer
Title